UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SCHROEDER and CONSTANCE WERTHE, On Their Own Behalves And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC. and KEURIG, INC.,<br><br>Defendants. | Civil No. 14-cv-00678 DMS(KSC)<br><br>**ORDER CONSOLIDATING THE INDIRECT PURCHASER ACTIONS AND APPOINTING WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP AS INTERIM LEAD CLASS COUNSEL** |

Civil No. 14-cv-00678 DMS(KSC)

Case 1:14-cv-04391-VSB   Document 20   Filed 05/28/14   Page 2 of 6

|   |   |   |
|---|---|---|
| 1 | AMY GRAY and ARMANDO HERRERA, On Their Own Behalves And On Behalf Of All Others Similarly Situated, | ) Civil No. 14-cv-00696 DMS(KSC) |
| 2 | ) ) ) | |
| 3 | ) | |
|   | Plaintiffs, ) | |
| 4 | ) | |
| 5 | v. ) ) | |
| 6 | ) KEURIG GREEN MOUNTAIN, INC. ) | |
| 7 | f/k/a GREEN MOUNTAIN COFFEE ) ROASTERS, INC., and KEURIG, INC., ) | |
| 8 | Defendants. | |
| 9 | | |
| 10 | MARY HUDSON, PATRICIA HALL and BRIER MILLER MINOR On Their Own Behalves And On Behalf Of All Others Similarly Situated, | ) Civil No. 14-cv-00976 DMS(KSC) |
| 11 | ) ) ) | |
| 12 | Plaintiffs, ) | |
| 13 | ) | |
| 14 | v. ) ) | |
| 15 | KEURIG GREEN MOUNTAIN, INC. ) f/k/a GREEN MOUNTAIN COFFEE ) ROASTERS, INC., and KEURIG, INC., ) | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |
| 19 | | |
| 20 | | Civil No. 14-cv-00678 DMS(KSC) |

| | | |
|---|---|---|
| 1 | LORIE REHMA and JONNA DUGAN, On Their Own Behalves And On Behalf Of All Others Similarly Situated, | ) ) ) ) Civil No. 14-cv-1131 DMS(KSC) |
| 2 | | ) |
| 3 | Plaintiffs, | ) ) |
| 4 | | ) ) |
| 5 | v. | ) ) |
| 6 | KEURIG GREEN MOUNTAIN, INC. f/k/a GREEN MOUNTAIN COFFEE ROASTERS, INC., and KEURIG, INC., | ) ) ) |
| 7 | | ) |
| 8 | Defendants. | ) |
| 9 | PATRICIA J. NELSON, On Her Own Behalf And On Behalf Of All Others Similarly Situated, | ) ) ) Civil No. 14-cv-01143 DMS(KSC) |
| 10 | | ) |
| 11 | | ) ) |
| 12 | Plaintiff, | ) ) |
| 13 | v. | ) ) |
| 14 | | ) ) |
| 15 | KEURIG GREEN MOUNTAIN, INC. f/k/a GREEN MOUNTAIN COFFEE ROASTERS, INC., and KEURIG, INC., | ) ) ) |
| 16 | | ) |
| 17 | Defendants. | |
| 18 | | |
| 19 | | |
| 20 | | Civil No. 14-cv-00678 DMS(KSC) |

The Court, having considered the motion of Plaintiffs Shirley Schroeder, Constance Werthe, Amy Gray, Armando Herrera, Mary Hudson, Patricia Hall and Brier Miller Minor ("Indirect Purchaser Plaintiffs") for an order consolidating the Indirect Purchaser Actions currently related and pending before the Court (*Schroeder, et al. v. Keurig Green Mountain, Inc., et al.*, No. 14-cv-00678, *Gray, et al. v. Keurig Green Mountain, Inc., et al.*, No. 14-cv-00696, *Hudson, et al. v. Keurig Green Mountain, Inc., et al.,* No. 14-cv-00976, *Rehma v. Keurig Green Mountain, Inc., et al.,* No. 14-cv-01131, and *Nelson v. Keurig Green Mountain, Inc., et al.,* No. 14-cv-01143),[1] and appointing the firm of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") as Interim Lead Class Counsel for the Indirect Purchaser Plaintiffs pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, and plaintiffs' Statement of Defendants' Non-Opposition filed in support thereof, for good cause hereby ORDERS as follows:

1. The Indirect Purchaser Actions shall be consolidated under the low numbered case, *Schroeder v. Keurig Green Mountain, Inc. et al.*, Case No. 14-cv-00678 DMS(KSC), which shall be referred to herein as the "Consolidated Indirect Purchaser Action."

2. Any other indirect purchaser actions now pending or hereafter filed in or transferred to this Court which arise out of the same or substantially the same facts, transactions, occurrences or events as alleged in the Consolidated Indirect Purchaser Action, shall be related and consolidated for all purposes if and when they are drawn to the Court's attention.

---

[1] Following the filing of the Indirect Purchaser Plaintiffs' motion (Dkt. 11), two additional related actions were filed on behalf of other indirect purchasers who join in the motion (*Rehma v. Keurig Green Mountain, Inc., et al.,* No. 14-cv-01131, and *Nelson v. Keurig Green Mountain, Inc., et al.,* No. 14-cv-01143). As stated in plaintiffs' Statement of Defendants' Non-Opposition, defendants do not oppose the inclusion of all five cases in the proposal for consolidation.

3. Every pleading filed in the Consolidated Indirect Purchaser Action, or in any separate action included herein, shall bear the following caption with the lead case number based upon the first-filed action:

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KEURIG K-CUP INDIRECT PURCHASER ANTITRUST LITIGATION<br>_____<br>This Document Relates To:<br>ALL ACTIONS.<br>_____ | ) Lead Case No. 14-cv-00678 DMS(KSC)<br>)<br>)<br>) [DOCUMENT TITLE]<br>)<br>)<br>) JUDGE:<br>)<br>  CTRM:<br>  DATE<br>  TIME: |

4. The files of the Consolidated Indirect Purchaser Action shall be maintained in one file under Master Docket and File No. 14cv00678.

5. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.

6. All counsel shall assist in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be consolidated as part of this Consolidated Indirect Purchaser Action, and counsel are to assist in ensuring that counsel in such action receive notice of such consolidation.

7. Pursuant to Fed. R. Civ. P. 23(g), the Court appoints Wolf Haldenstein Adler Freeman & Herz LLP as Interim Lead Class Counsel in the Consolidated Indirect Purchaser Action.

**IT IS SO ORDERED.**

DATED: May 28, 2014

_____
THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE

20856/KEURIG