CLOSED,LEAD,MDL

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:14–cv–00678–DMS–KSC

| | |
|---|---|
| In Re Keurig K–Cup Indirect Purchaser Antitrust Litigation | Date Filed: 03/24/2014 |
| Assigned to: Judge Dana M. Sabraw | Date Terminated: 06/12/2014 |
| Referred to: Magistrate Judge Karen S. Crawford | Jury Demand: Plaintiff |
| Member cases: | Nature of Suit: 410 Anti–Trust |
|   3:14–cv–01143–DMS–KSC | Jurisdiction: Federal Question |
|   3:14–cv–01131–DMS–KSC | |
|   3:14–cv–00976–DMS–KSC | |
|   3:14–cv–00696–DMS–KSC | |
| Related Cases:  3:14–cv–00696–DMS–KSC | |
|                 3:14–cv–00976–DMS–KSC | |
|                 3:14–cv–01131–DMS–KSC | |
|                 3:14–cv–01143–DMS–KSC | |
| Cause: 15:1 Antitrust Litigation | |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Plaintiff**

| | | |
|---|---|---|
| **Shirley Schroeder** <br> *On Their Own Behalves And On Behalf Of All Others Similarly Situated* | represented by | **Betsy Carol Manifold** <br> Wolf Haldenstein Adler Freeman and Herz <br> 750 B Street <br> Symphony Towers Suite 2770 <br> San Diego, CA 92101–5050 <br> (619)239–4599 <br> Email: manifold@whafh.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Francis M. Gregorek** <br> Wolf, Haldenstein, Adler, Freeman &Herz, LLP <br> 750 B Street <br> Suite 2770 <br> San Diego, CA 92101 <br> (619) 239–4599 <br> Fax: (619) 234–4599 <br> Email: gregorek@whafh.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Marisa C Livesay** <br> Wolf Haldenstein Adler Freeman &Herz LLP <br> 750 B Street <br> Suite 2770 |

San Diego, CA 92101
(619) 239–4599
Fax: (619) 234–4599
Email: livesay@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachele R Rickert**
Wolf Haldenstein Adler Freeman and Herz
750 B Street
Symphony Towers Suite 2770
San Diego, CA 92101–5050
(619)239–4599
Fax: (619)234–4599
Email: rickert@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick T. Isquith**
Wolf Haldenstein Adler Freeman and Herz LLP
270 Madison Avenue
New York, NY 10016
(212)545–4600
Email: isquith@whafh.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Constance Werthe** <br> *On Their Own Behalves And On Behalf Of All Others Similarly Situated* | represented by | **Betsy Carol Manifold** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Francis M. Gregorek** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Marisa C Livesay** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Rachele R Rickert** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Frederick T. Isquith** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia J. Nelson**<br>*On Her Own Behalf And On Behalf Of All Others Similarly Situated* | represented by | **Frederick T. Isquith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachele R Rickert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lorie Rehma**<br>*On Their Own Behalves And On Behalf Of All Others Similarly Situated* | represented by | **Frederick T. Isquith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachele R Rickert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jonna Dugan**<br>*On Their Own Behalves And On Behalf Of All Others Similarly Situated* | represented by | **Frederick T. Isquith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachele R Rickert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Hudson**<br>*on their own behalves and on behalf of all others similarly situated* | represented by | **Frederick T. Isquith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachele R Rickert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Hall**<br>*on their own behalves and on behalf of all others similarly situated* | represented by | **Frederick T. Isquith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Rachele R Rickert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Brier Miller Minor**
*on their own behalves and on behalf of all others similarly situated*

represented by **Frederick T. Isquith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachele R Rickert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Amy Gray**
*on their own behalves and on behalf of all others similarly situated*

represented by **Betsy Carol Manifold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis M. Gregorek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick T. Isquith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa C Livesay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachele R Rickert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Armando Herrera**
*on their own behalves and on behalf of all others similarly situated*

represented by **Betsy Carol Manifold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis M. Gregorek**

|   |   |   |
|---|---|---|
|   |   | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Frederick T. Isquith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Marisa C Livesay**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **Rachele R Rickert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Keurig Green Mountain, Inc.** | represented by | **George Stephen Cary**<br>Cleary Gottlieb Steen and Hamilton LLP<br>2000 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202)974–1920<br>Fax: (202)974–1999<br>Email: gcary@cgsh.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Keurig, Inc.** | represented by | **George Stephen Cary**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Keurig Green Mountain, Inc.**<br>*formerly known as*<br>Green Mountain Coffee Roasters, Inc. | represented by | **George Stephen Cary**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2014 | Ï 1 | COMPLAINT with Jury Demand against All Defendants ( Filing fee $400 receipt number 0974–6874306), filed by Shirley Schroeder, Constance Werthe. |

| | | |
|---|---|---|
| | | The new case number is 3:14–cv–678–DMS–KSC. Judge Dana M. Sabraw and Magistrate Judge Karen S. Crawford are assigned to the case. (Rickert, Rachele)(dlg) (cap). (Entered: 03/25/2014) |
| 03/25/2014 | Ï 2 | Summons Issued.<br>**Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (dlg) (cap). (Entered: 03/25/2014) |
| 03/26/2014 | Ï 3 | NOTICE OF RELATED CASE(S) by Shirley Schroeder, Constance Werthe of case(s) 1:14–cv–00905; 1:14–cv–01609; 1:14–cv–01671;1:14–cv–01716; 1:14–cv–01836; 2:14–cv–00677; 1:14–cv–00348; 1:14–cv–11030; 1:14–cv–01963 re 1 Complaint, . (Rickert, Rachele) Modified on 3/26/2014–LNO not prepared (aef). (Entered: 03/26/2014) |
| 03/27/2014 | Ï 4 | DECLARATION re 3 Notice of Related Case, *Certificate of Service* by Plaintiffs Shirley Schroeder, Constance Werthe. (Rickert, Rachele) (jao). (Entered: 03/27/2014) |
| 04/14/2014 | Ï 5 | NOTICE of Appearance by Francis M. Gregorek on behalf of Shirley Schroeder, Constance Werthe (Gregorek, Francis)Attorney Francis M. Gregorek added to party Shirley Schroeder(pty:pla), Attorney Francis M. Gregorek added to party Constance Werthe(pty:pla)(aef). (Entered: 04/14/2014) |
| 04/14/2014 | Ï 6 | NOTICE of Appearance by Betsy Carol Manifold on behalf of Shirley Schroeder, Constance Werthe (Manifold, Betsy)Attorney Betsy Carol Manifold added to party Shirley Schroeder(pty:pla), Attorney Betsy Carol Manifold added to party Constance Werthe(pty:pla) (aef). (Entered: 04/14/2014) |
| 04/14/2014 | Ï 7 | NOTICE of Appearance by Marisa C Livesay on behalf of Shirley Schroeder, Constance Werthe (Livesay, Marisa)Attorney Marisa C Livesay added to party Shirley Schroeder(pty:pla), Attorney Marisa C Livesay added to party Constance Werthe(pty:pla) (aef). (Entered: 04/14/2014) |
| 04/15/2014 | Ï 8 | NOTICE of MDL Filing: Memorandum of Respondent Rogers in Opposition to Motion to Transfer Actions for Coordinated Pretrial Proceedings (kaj) (Entered: 04/16/2014) |
| 04/16/2014 | Ï 9 | NOTICE of MDL Filing: Interested Parties Shirley Schroeder, Constance Werthe, Amy Gray and Armando Herrera's Response in Opposition to Motion to Transfer Actions Pursuant to 28 U.S.C. 1407 for Consolidated Pretrial Proceedings (Attachments: # 1 Notice of Related Action, # 2 Notice of Related Action)(kaj) (Entered: 04/16/2014) |
| 04/16/2014 | Ï 10 | NOTICE of MDL Filing: Notice of Appearance, Rule 5.1 Corporate Disclosure Statement, Interested Party Plaintiffs Cusimano Carstar Collision, Inc. and John R. Cusimano's Response in Support of Plaintiff Ney Silverman Associates, LLC's Motion for the Transfer of Related Actions to the Southern District of New York for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. 1407, Schedule of Actions; Exhibits A–E, Certificate of Service (cd attached) (kaj) (Entered: 04/17/2014) |
| 04/29/2014 | Ï 11 | MOTION to Consolidate Cases *&Appointment of Interim Lead Class Counsel* by Shirley Schroeder, Constance Werthe. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration Rachele Rickert, # 3 Exhibit Table of Contents, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Proof of Service)(Rickert, Rachele) (aef). Added MOTION to Appoint Interim Lead Class Counsel on 5/29/2014 (aef). (Entered: 04/29/2014) |
| 05/05/2014 | Ï 12 | PRO HAC VICE APPOINTED: Frederick T. Isquith appearing for Plaintiffs Shirley Schroeder, Constance Werthe, Receipt # 62350. (jao) (Entered: 05/05/2014) |
| 05/06/2014 | Ï 13 | Corporate Disclosure Statement by Keurig Green Mountain, Inc., Keurig, Inc.. (Attachments: # 1 Proof of Service)(Cary, George) (aef). (Entered: 05/06/2014) |
| 05/06/2014 | Ï 14 | Joint MOTION for Extension of Time to File *Response to Plaintiffs' Complaint* by Keurig Green Mountain, Inc., Keurig, Inc.. (Attachments: # 1 Proof of Service)(Cary, George)Attorney George |

| | | |
|---|---|---|
| | | Stephen Cary added to party Keurig Green Mountain, Inc. (pty:dft), Attorney George Stephen Cary added to party Keurig, Inc. (pty:dft) (aef). (Entered: 05/06/2014) |
| 05/08/2014 | 15 | ORDER granting 14 Joint Motion of Plaintiffs Shirley Schroeder/Constance Werthe and Defendant Keurig Green Mountain Inc. for Extension of Time for Defendant to Respond to Plaintiffs' Complaint. Signed by Judge Dana M. Sabraw on 5/8/2014. (aef) (Entered: 05/08/2014) |
| 05/09/2014 | 16 | WAIVER OF SERVICE Returned Executed by Shirley Schroeder, Constance Werthe, as to Keurig Green Mountain, Inc.. (Rickert, Rachele) (aef). (Entered: 05/09/2014) |
| 05/09/2014 | 17 | WAIVER OF SERVICE Returned Executed by Shirley Schroeder, Constance Werthe, as to Keurig, Inc.. (Rickert, Rachele) (aef). (Entered: 05/09/2014) |
| 05/14/2014 | 18 | Corporate Disclosure Statement by Keurig Green Mountain, Inc., Keurig, Inc. identifying Other Affiliate The Coca−Cola Company for Keurig Green Mountain, Inc., Keurig, Inc... (Attachments: # 1 Proof of Service)(Cary, George) (aef). (Entered: 05/14/2014) |
| 05/21/2014 | 19 | NON Opposition re 11 MOTION to Consolidate Cases *Appointment of Interim Lead Class Counsel* filed by Shirley Schroeder, Constance Werthe. (Attachments: # 1 Proof of Service)(Rickert, Rachele) (aef). (Entered: 05/21/2014) |
| 05/28/2014 | 20 | ORDER Consolidating the Indirect Purchaser Actions and Appointing Wolf Haldenstein Adler Freeman &Herz LLP as Interim Lead Class Counsel. (Re: Doc. 11 ) The Indirect Purchaser Actions shall be consolidated under the low numbered case, Schroeder v. Keurig Green Mountain, Inc. et al., Case No. 14−cv−00678 DMS(KSC), which shall be referred to herein as the "Consolidated Indirect Purchaser Action." The files of the Consolidated Indirect Purchaser Action shall be maintained in one file under Master Docket and File No. 14cv00678. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable. Pursuant to Fed. R. Civ. P. 23(g), the Court appoints Wolf Haldenstein Adler Freeman &Herz LLP as Interim Lead Class Counsel in the Consolidated Indirect Purchaser Action. Signed by Judge Dana M. Sabraw on 5/28/2014.(aef) (Entered: 05/29/2014) |
| 06/12/2014 | 21 | Case transferred to District of New York, Southern. Files transferred electronically to: *District of New York, Southern*. (Attachments: # 1 Conditional Transfer Order) (kas) (Entered: 06/12/2014) |