**WOLF HALDENSTEIN ADLER**

FOUNDED 18
270 MADISON A
NEW YORK, N'
212-545-46

THOMAS H. BURT
DIRECT DIAL: 212-545-4669
FACSIMILE: 212-686-0114
burt@whafh.com

**APPLICATION GRANTED SO ORDERED**

**VERNON S. BRODERICK**
**U.S.D.J.** 11/7/2022

The IPPs shall file their response with the redactions proposed in Doc. 1339.

May 21, 2021

VIA ECF
Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

    Re:    *In re: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*,
              Nos. 1:14-md-02542 (VSB) and 1:14-cv-04391 (VSB)

Your Honors:

    I write as counsel for the Indirect Purchaser Plaintiff ("IPPs") in accordance with Your Honor's Individual Rules of Practice 5.B, to request leave to file under seal or to redact consistent with prior filings limited portions of the IPPs' Response to Objections. This request is made at Defendant Keurig's request and IPPs take no position. I enclose with this letter request an unredacted version of the IPPs' Response to Objections.

    IPPs request that the yellow-highlighted language in the Response to Objections be sealed becomes it contains information that Keurig deems "Highly Confidential."

                                                  Respectfully submitted

                                                  **Wolf Haldenstein Adler Freeman & Herz LLP**

                                                  */s/ Thomas H. Burt*
                                                  Thomas H. Burt

                                                  **Kaplan Fox & Kilsheimer LLP**

                                                  */s/ Robert N. Kaplan*

Hon. Vernon S. Broderick
May 21, 2021
Page 2

By: Robert N. Kaplan

**Pearson, Simon & Warshaw LLP**

<u>*/s/ Clifford H. Pearson*</u>
By: Clifford H. Pearson

*Attorneys for Indirect Purchaser Plaintiffs and Interim Co-Lead Counsel for the Proposed Indirect Purchaser Class*

cc:     All Counsel of Record